```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DANIEL S. LINHARDT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 551-2770
 5
 6
 7             IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )
                                 )  CR. NO. S-02-373 WBS
11              Plaintiff,       )
                                 )
12       v.                      )
                                 )  MOTION TO DISMISS INDICTMENT
13                               )
                                 )
14  LUCY KECHEDJIAN              )
                                 )
15              Defendant.       )
    _____)
16
```

17      The United States of America, by and through the undersigned
18 Assistant United States Attorney, hereby moves this Court
19 pursuant to Rule 48(a), Fed. R. Crim. P., to dismiss the
20 indictment in the above-entitled case.  The government had
21 reached an agreement with this defendant's husband, Razmik
22 Mansourian which included, as part of his agreement to pled and
23 offer substantial cooperation, that the government would dismiss
24 the case against his wife.  Mr. Mansourian has fully complied
25 //
26 //
27 //
28 //

1 with the terms of the agreement and accordingly the government
2 hereby moves to dismiss, with prejudice, in the above entitled
3 indictment.

DATED: <u>January 12, 2006</u>       McGREGOR W. SCOTT
                                      United States Attorney

                                By:   /s/ Daniel S. Linhardt
                                      DANIEL S. LINHARDT
                                      Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: February 10, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on January 12, 2006, she served a copy of the attached MOTION TO DISMISS INDICTMENT by placing said copy in a postage-paid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California.

Addressee(s):

Daniel V. Behesnilian, Esq.
8665 Wilshire Blvd., Ste. 410
Beverly Hills, CA 90211

/s/Adele Mills
ADELE MILLS